[2 NE3d 921, 979 NYS2d 554]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON FELICIANO, Appellant.

Decided November 21, 2013

### APPEARANCES OF COUNSEL

*Steven Banks, The Legal Aid Society*, New York City (*Laura Boyd* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Martin J. Foncello* and *Richard Nahas* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant's contention that he completed the terms of his original plea agreement and was therefore entitled to dismissal of the indictment is not preserved for our review. Upon his discharge, defendant did not move for dismissal following the events that he now says constituted performance of the agreement.

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.